TRACY L. WILKISON  
Acting United States Attorney  
DAVID M. HARRIS  
Assistant United States Attorney  
Chief, Civil Division  
CEDINA M. KIM  
Assistant United States Attorney  
Senior Trial Attorney, Civil Division  
MARLA K. LETELLIER, CSBN 234969  
Special Assistant United States Attorney  
    160 Spear Street, Suite 800  
    San Francisco, California 94105  
    Tel: (510) 970-4830  
    Fax: (415) 744-0134  
    E-mail: Marla.Letellier@ssa.gov  

Attorneys for Defendant

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| GONZALO MORENO ALCARAZ, <br><br> Plaintiff, <br><br> v. <br><br> ANDREW SAUL, <br><br> Commissioner of Social Security, <br><br> Defendant. | No. 2:20-cv-06703-JEM <br><br> [~~PROPOSED~~] <br> JUDGMENT OF REMAND |

|   |   |
|---|---|
| 1 | The Court having approved the parties' Stipulation to Remand for Further |
| 2 | Proceedings Pursuant to Sentence Four of 42.U.S.C. § 405(g) and for Entry of |
| 3 | Judgment in Favor of Plaintiff ("Stipulation to Remand") lodged concurrent with |
| 4 | the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED,** |
| 5 | **ADJUDGED AND DECREED** that the above-captioned action is remanded to the |
| 6 | Commissioner of Social Security for further proceedings consistent with the |
| 7 | Stipulation to Remand. |
| 8 | DATED: 6/14/2021 |
| 9 | */s/ John E. McDermott* |
| 10 | HON. JOHN E. MCDERMOTT |
|    | UNITED STATES MAGISTRATE JUDGE |